UNITED STATES MAGISTRATE COURT

DISTRICT OF NEW JERSEY

UNITED STATES OF AMERICA      :
                              :
                              : ORDER MODIFYING CONDITIONS
          v.                  :    OF RELEASE
                              :
                              : Crim. No. 16-181
                              :
MAURICE GREEN                 :


This matter having come before the Court on the application of defendant, Maurice Green, (by Dennis S. Cleary, Attorney for Defendant) for an Order modifying conditions of release in the above captioned matter, and Pretrial Services having consented thereto and the United States ( by Joshua Hafetz    Assistant U.S. Attorney) taking no position, and for good cause shown;

IT IS on this 12th day of Aug, 2016, HEREBY ORDERED: that

1. The defendant shall be permitted attend a family reunion at 516 Bergen Street, Newark, NJ on Saturday, August 13, 2016 and return home immediately after the reunion. Defendant shall be permitted to leave his residence no earlier than 4:00pm and return no later than 10:00 pm on the above date.

2. All other conditions of bail remain intact.

_____
UNITED STATES MAGISTRATE JUDGE

16-181

Consented to:

_____
for
Stephanie Neri
U.S. Pretrial Services

S/ Dennis Cleary
_____
Dennis Cleary, Esq.

_____
Josh Haftz
Assistant United States Attorney

RECEIVED IN THE CHAMBERS OF

AUG 1 1 2016

TIME: _____ M
HON. STEVEN C. MANNION, U.S.M.J.